JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 576 -- In re Rajhans Diamond Transfer Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/11/22 | 1 | MOTION, BRIEF, SCHEDULE -- for transfer of actions -- pltf. Rajesh Desai w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: E.D. New York -- SUGGESTED TRANSFEREE JUDGE? (ds) |
| 83/12/01 | | APPEARANCES -- Samuel Sam Kashi, Pro Se   (emh) |
| 83/12/19 | | HEARING ORDER -- Setting motion of plaintiff Rajesh Desai for Panel hearing on January 26, 1984, in Atlanta, Georgia.  (ds) |
| 83/12/29 | 2 | REQUEST TO WITHDRAW MOTION TO CONSOLIDATE -- Movant Rajesh Desai -- w/svc.  (emh) |
| 84/01/04 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING 1/26/84 HEARING -- Notified involved judges, clerks and counsel (cds) |

JPML Form 1
Revised: 8/78

DOCKET NO. 576 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE RAJHANS DIAMOND TRANSFER LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

Motion Withdrawn

DATE CLOSED: 1/4/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 576 -- In re Rajhans Diamond Transfer Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Rajesh Desai, d/b/a/ Rajhans Diamonds v. Shamuel Sam Kashi, a/k/a Sam Kashi, and John Does | E.D.N.Y. Bramwell | 83-Civ-1545 | | | | motion w/draw |
| A-2 | Rajesh Desai, d/b/a/ Rajhans Diamonds v. Shapour Vafadari, d/b/a Shapour Gems, Peyman Vafadari, and "Sam Doe" | S.D.N.Y. Conners | 83-Civ-5791 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  576--  In re Rajhans Diamond Transfer Litigation

| | |
|---|---|
| No Appearance Received<br>RAJESH DESAI, d/b/a RAJHANS DIAMONDS<br>  (A-1, A-2)<br>Harry Salvan, Esquire<br>501 5th Avenue<br>New York, New York 10017 | SAMUEL SAM KASHI, a/k/a SAM KASHI<br>Sam Kashi, Pro Se<br>71-32 Loubert Street<br>Forest Hills, New York<br><br>SHAPOUR VAFADARI, d/b/a SHAPOUR GEMS<br>PEYMAN VAFADARI<br>James O. Guy, Esquire<br>475 Fifth Avenue<br>New York, New York  10017 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 576 -- In re Rajhans Diamond Transfer Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Shamuel Sam Kashi, a/k/a Sam Kashi | A-1 |
| Shapour Vafadari, d/b/a Shapour Gems | A-2 |
| Peyman Vafadari | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |