JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

JAN -4 1984

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 576

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE RAJHANS DIAMOND TRANSFER LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE JANUARY 26, 1984 HEARING

    This matter is before the Panel pursuant to a motion by plaintiff under 28 U.S.C. §1407 to transfer one action pending in the Southern District of New York to the Eastern District of New York for coordinated or consolidated pretrial proceedings with one action pending there. Movant reports that counsel for defendants in the Southern District of New York has stipulated to transfer the action pending in that district to the Eastern District of New York and that transfer has been so ordered by the United States District Court for the Southern District of New York. Accordingly, movant now desires to withdraw his motion.

    IT IS THEREFORE ORDERED that movant's request to withdraw the motion be granted and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on December 19, 1983, be, and the same hereby is, VACATED insofar as it relates to the above-referenced litigation.

FOR THE PANEL:

*Andrew A. Caffrey*
———————————————
Andrew A. Caffrey
Chairman

MDL-576 -- In re Rajhans Diamond Transfer Litigation

SCHEDULE

Eastern District of New York

Rajesh Desai, d/b/a Rajhans Diamonds v. Shamuel Sam Kashi, a/k/a Sam Kashi, and John Does, C.A. No. 83-Civ-1545

Southern District of New York

Rajesh Desai, d/b/a Rajhans Diamonds v. Shapour Vafadari, d/b/a Shapour Gems, Peyman Vafadari, and "Sam Doe", C.A. No. 83-Civ-5791